UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-271-BR
No. 5:12-CV-198-BR

| | |
|---|---|
| ALBERT EDGERTON,     ) | |
|     Petitioner,     ) | |
| ) | |
| v.     ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA,     ) | |
|     Respondent.     ) | |

This matter is before the court on petitioner's *pro se* motion for relief from the judgment dismissing his § 2255 motion. Petitioner claims that the court erred by failing to apply contract law when it evaluated the § 2255 motion. Having found petitioner knowingly and voluntarily entered into the plea agreement, (see 5/25/12 Order at 2), and given that petitioner made no claim of breach of that agreement, there was no reason for the court to resort to contract law principles, such as consideration and mutual assent, to assess the enforceability of the plea agreement or to construe any of its terms. Petitioner's motion is DENIED.

    This 17 July 2012.

 

                                                        W. Earl Britt

                                                        Senior U.S. District Judge